Patricia Kramer, CSB #155484
pkramer@neashamlaw.com
Chad A. Vierra, CSB #255801
cvierra@neashamlaw.com
NEASHAM & KRAMER LLP
340 Palladio Parkway, Suite 535
Folsom, California 95630
Tel: (916) 853-8030; Fax: (916) 853-8039

Attorneys for Plaintiff
NEASHAM & KRAMER LLP

Austin Sweet, CSB #269761
asweet@gundersonlaw.com
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada  89509
Tel: (775) 829-1222; Fax: (775) 829-1226

Attorneys for Defendant
STEPHEN NEFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEASHAM & KRAMER LLP, a California Limited Liability Partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHEN NEFF, an individual; and NORTHERN NEVADA CARE, INC., A Corporation<br><br>  Defendants. | Case No. 2:19-cv-00565-MCE-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

///

///

1

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: July 21, 2020

    /s/ Patricia Kramer
Attorney(s) for Plaintiff(s)

Dated: July 21, 2020

    /s/ Austin Sweet
Attorney(s) for Defendant(s)

IT IS SO ORDERED.

Dated: July 27, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271