UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEASHAM & KRAMER, LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN NEFF, an individual,<br><br>Defendant. | No. 2:19-cv-00565-MCE-KJN<br><br>**ORDER** |

On October 13, 2021, Defendant Stephen Neff ("Defendant") filed a notice of request to seal the following documents in their entirety: (1) Defendant's Motion for Partial Summary Judgment, (2) Defendant's Declaration in Support of Defendant's Motion for Partial Summary Judgment, and (3) Defendant's Statement of Undisputed Facts Concerning Defendant's Motion for Summary Judgment. ECF No. 38. Citing to a stipulated protective order issued by the assigned magistrate judge on February 16, 2021, Defendant contends that the above documents contain "confidential" information relating to a confidential settlement agreement between the parties and a third party in a related action. Id. at 2; see generally ECF No. 31. Defendant submitted for in camera consideration a Request to Seal Documents, a proposed sealing order, and the documents sought to be sealed.

"[The Ninth Circuit] acknowledged explicitly . . . that the strong presumption of access to judicial records applies fully to dispositive pleadings, including motions for summary judgment and related attachments." Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal citations omitted). "Thus, 'compelling reasons' must be shown to seal judicial records attached to a dispositive motion." Id. (citing Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1136 (9th Cir. 2003)). The party seeking to seal documents attached to dispositive motions bears the burden of "articulat[ing] compelling reasons supported by specific factual findings." Kamakana, 447 F.3d at 1178 (citations omitted). "The 'compelling reasons' standard is invoked even if the dispositive motion, or its attachments, were previously filed under seal or protective order." Id. at 1179.

The Court finds that Defendant's notice and request to seal are insufficient to establish that there is a compelling reason for sealing the aforementioned documents. Defendant seeks leave to seal his entire motion for partial summary judgment and supporting documents based solely on the fact that these documents contain information that has been identified as confidential in the protective order. "Such wholesale sealing can rarely be justified, especially in connection with a dispositive motion." Dakota Med., Inc. v. Rehabcare Grp., Inc., No. 1:14-cv-02081-DAD-BAM, 2016 WL 6493896, at *2 (E.D. Cal. Nov. 2, 2016). Accordingly, Defendant's request to seal, ECF No. 38, is DENIED without prejudice.

IT IS SO ORDERED.

Dated: November 9, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE